```
 1  DONGELL LAWRENCE FINNEY LLP
    MICHAEL GALLAGHER (SBN: 195592)
 2  mgallagher@dlflawyers.com
    COURTNEY R. ROSS-TAIT (SBN: 270764)
 3  cross@dlflawyers.com
    707 Wilshire Boulevard, 45th Floor
 4  Los Angeles, CA 90017-3609
    Telephone: (213) 943-6100
 5  Facsimile: (213) 943-6101

 6  Attorneys for Defendant
    TWO'S COMPANY, INC.
```

FILED
2012 JAN 30 P 2: 27
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| ANTHONY E. HELD, PH.D., P.E., | Case No. 3:12-cv-00226-JSC |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION TO REMAND ACTION TO STATE COURT** |
| TWO'S COMPANY, INC.; and DOES 1-150, inclusive, | |
| Defendants. | |

1  WHEREAS Plaintiff Anthony E. Held, Ph.D., P.E., (hereinafter "Plaintiff") filed his
2  Complaint on December 14, 2011 in the Superior Court of the state of California in and for the
3  County of San Francisco;
4  WHEREAS Defendant Two's Company, Inc. (hereinafter "Defendant") removed the
5  action to this Court on January 13, 2012;
6  WHEREAS Plaintiff and Defendants both desire that this action be remanded to the San
7  Francisco County Superior Court.
8
9  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that this action be
10 remanded to the San Francisco County Superior Court, and that this Court enter the remand
11 order attached hereto.
12 Dated: January 26, 2012                    THE CHANLER GROUP
13
14                                            By: _____
15                                            Rachel S. Doughty
                                              Attorneys for Plaintiff
                                              ANTHONY E. HELD
16
17 Dated: January ___, 2012                   DONGELL LAWRENCE FINNEY LLP
18
19                                            By: _____
                                              Michael Gallagher
20                                            Attorneys for Defendant
                                              TWO'S COMPANY, INC.
21
22
23
24 Dated: 2/10/2012                    GRANTED
25                                    Jacqueline S. Corley
26                                    Judge Jacqueline Scott Corley
27
28
                                        1
                    STIPULATION TO REMAND ACTION TO STATE COURT
                              Case No. 3:12-cv-00226-JSC

CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 707 Wilshire Blvd., 45th Floor, Los Angeles, CA 90017.

I hereby certify that on January 13, 2012, I served the foregoing document(s) described as: **STIPULATION TO REMAND ACTION TO STATE COURT** on the interested parties in this action by placing ___ the original/ _X_ a true copy thereof enclosed in a sealed envelope(s) addressed as follows:

Attorney for Plaintiff
Josh Voorhees, Esq.
Rachel S. Doughty, Esq.
THE CHANLER GROUP
2560 Ninth Street
Parker Plaza
Suite 214
Berkeley, CA 94710
Tel: (510) 848-8880
Fax: (510) 848-8118

[ X ] **BY MAIL** I deposited such envelopes in the mail at Los Angeles, California. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.

[ ] **BY FEDEX** I caused such envelopes to be served via FedEx. I am readily familiar with the firm's practice of collection and processing of correspondence for FedEx. Under that practice it would be deposited in a box or other facility regularly maintained by FedEx for next day delivery.

[ X ] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on January 30, 2012, at Los Angeles, California.

_____
Lissette M. Fernandez