DONGELL LAWRENCE FINNEY LLP
MICHAEL GALLAGHER (SBN: 195592)
mgallagher@dlflawyers.com
COURTNEY R. ROSS-TAIT (SBN: 270764)
cross@dlflawyers.com
707 Wilshire Boulevard, 45th Floor
Los Angeles, CA 90017-3609
Telephone: (213) 943-6100
Facsimile: (213) 943-6101

Attorneys for Defendant
TWO'S COMPANY, INC.

FILED
2012 JAN 30 P 2: 27
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY E. HELD, PH.D., P.E., <br><br> Plaintiff, <br><br> v. <br><br> TWO'S COMPANY, INC.; and DOES 1-150, inclusive, <br><br> Defendants. | Case No. 3:12-cv-00226-JSC <br><br> **STIPULATION TO REMAND ACTION TO STATE COURT** |

`Case 3:12-cv-00226-JSC   Document 9   Filed 02/10/12   Page 2 of 3`

WHEREAS Plaintiff Anthony E. Held, Ph.D., P.E., (hereinafter "Plaintiff") filed his Complaint on December 14, 2011 in the Superior Court of the state of California in and for the County of San Francisco;

WHEREAS Defendant Two's Company, Inc. (hereinafter "Defendant") removed the action to this Court on January 13, 2012;

WHEREAS Plaintiff and Defendants both desire that this action be remanded to the San Francisco County Superior Court.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that this action be remanded to the San Francisco County Superior Court, and that this Court enter the remand order attached hereto.

Dated: January 26, 2012          THE CHANLER GROUP

By: /s/ Rachel S. Doughty
Rachel S. Doughty
Attorneys for Plaintiff
ANTHONY E. HELD

Dated: January ___, 2012         DONGELL LAWRENCE FINNEY LLP

By: /s/ Michael Gallagher
Michael Gallagher
Attorneys for Defendant
TWO'S COMPANY, INC.

Dated: 2/10/2012

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]
GRANTED
/s/ Jacqueline S. Corley
Judge Jacqueline Scott Corley

1

STIPULATION TO REMAND ACTION TO STATE COURT
Case No. 3:12-cv-00226-JSC

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 707 Wilshire Blvd., 45th Floor, Los Angeles, CA 90017.

I hereby certify that on January 13, 2012, I served the foregoing document(s) described as: **STIPULATION TO REMAND ACTION TO STATE COURT** on the interested parties in this action by placing ___ the original/ _X_ a true copy thereof enclosed in a sealed envelope(s) addressed as follows:

Attorney for Plaintiff
Josh Voorhees, Esq.
Rachel S. Doughty, Esq.
THE CHANLER GROUP
2560 Ninth Street
Parker Plaza
Suite 214
Berkeley, CA 94710
Tel: (510) 848-8880
Fax: (510) 848-8118

[ X ] **BY MAIL** I deposited such envelopes in the mail at Los Angeles, California. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.

[ ] **BY FEDEX** I caused such envelopes to be served via FedEx. I am readily familiar with the firm's practice of collection and processing of correspondence for FedEx. Under that practice it would be deposited in a box or other facility regularly maintained by FedEx for next day delivery.

[ X ] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on January 30, 2012, at Los Angeles, California.

_____
Lissette M. Fernandez

2
STIPULATION TO REMAND ACTION TO STATE COURT
Case No. 3:12-cv-00226-JSC